IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK D. HAINAN )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ARBCO INDUSTRIES, )<br>    Defendant. ) | Civil Action No. 99-1450 |

MEMORANDUM ORDER

Gary L. Lancaster,
District Judge.                                    March 14, 2007.

    This is an action in employment discrimination. Plaintiff, Mark D. Hainan, alleges that defendant, Arbco Industries, terminated his employment due to his disability in violation of the American with Disabilities Act, 42 U.S.C.A. § 12101, et seq. Defendant has filed a motion for summary judgment. In filing its motion, defendant has not complied with our Local Rules of Court with regards to the appropriate format, style and substance of motions for summary judgment. Defendant has also disregarded this court's standing order regarding summary judgment motions, issued on August 18, 2006 [document #30]. Therefore, defendant's motion for summary judgment is denied.

BY THE COURT:

/s/ Gary L. Lancaster, J.

cc:   All Counsel of Record