UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

MARK D. HAINAN,
    Plaintiff

v.                       No. 99 1450

ARBCO INDUSTRIES, INC.
    Defendant

STIPULATION OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and stipulate that the above-captioned matter be dismissed with prejudice.

s/Susan N. Williams, Esq.
Susan N. Williams, Attorney for Plaintiff

s/Timothy B. Kinney, Esq.
Timothy B. Kinney, Attorney for Plaintiff

s/George J. Steffish, III, Esq.
George J. Steffish, Attorney for Defendant

BY THE COURT:

_____